#60919
FILED
2011 JAN 21 PM 12: 46
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

UNCLAIMED FUNDS

JANUARY 19, 2011

06-60001     Joseph Nicolino, Jr.
             Kelly Nicolino
             CREDITOR DID NOT CASH CHECK
             CHECK #473648 FOR $153.41
             Check 'n Go
             5155 Financial Way
             Mason, Oh  45040

                                                              0 · *

                                                          153 · 41 +


                                                          153 · 41 *